NO. 24-1158

---

**IN THE UNITED STATES COURT OF APPEALS FOR THE DISTRICT OF COLUMBIA CIRCUIT**

---

WESTERN STATES TRUCKING ASSOCIATION, INC.; AND CONSTRUCTION INDUSTRY AIR QUALITY COALITION, INC.
*Petitioners,*

v.

UNITED STATES ENVIRONMENTAL PROTECTION AGENCY; AND MICHAEL S. REGAN, in his official capacity as Administrator of the UNITED STATES ENVIRONMENTAL PROTECTION AGENCY,
*Respondents*.

---

On Appeal from the Environmental Protection Agency
EPA-HQ-OAR-2022-0829; FRL-8953-04-OAR

---

# STATEMENT OF ISSUES TO BE RAISED

---

On April 22, 2024, the Environmental Protection Agency ("EPA") published final greenhouse gas emissions standards for heavy-duty vehicles. 89 Fed. Reg. 29440 *et seq*. (Apr. 22, 2024) (the "Rule"). Petitioners will raise the following issues regarding the Rule:

1. Whether carbon dioxide (“CO2”) is an “air pollutant” within the meaning of 42 U.S.C. § 7602 and other provisions of the Clean Air Act;

2. Whether the Rule violates the nondelegation doctrine prohibiting agencies from exercising legislative power unlimited by an “intelligible principle”;

3. Whether the Rule violates the major questions doctrine prohibiting agencies from acting without “clear Congressional authorization”; and

4. Whether the Rule is arbitrary, capricious, or otherwise contrary to law or fact, within the meaning of 5 U.S.C. § 706.

In addition, Petitioners may request a stay of the Rule pursuant to the Court’s power “to preserve status or rights pending conclusion of the review proceedings” of federal agency rules under 5 U.S.C. § 705.

DATE: May 30, 2024, Respectfully submitted,

*/s/Theodore Hadzi-Antich*
ROBERT HENNEKE
TX Bar No. 24046058
rhenneke@texaspolicy.com
THEODORE HADZI-ANTICH
CA Bar No. 264663
tha@texaspolicy.com
CONNOR MIGHELL

TX Bar No. 24110107
cmighell@texaspolicy.com
TEXAS PUBLIC POLICY FOUNDATION
901 Congress Avenue
Austin, Texas 78701
Telephone: (512) 472-2700
Facsimile: (512) 472-2728

**CERTIFICATE OF SERVICE**

I hereby certify that on May 30, 2024, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the District of Columbia Circuit by using the appellate CM/ECF system.

Participants in the case who are registered CM/ECF users will be served by the appellate CM/ECF system.

*/s/Theodore Hadzi-Antich*
THEODORE HADZI-ANTICH