# UNITED STATES COURT OF APPEALS
# DISTRICT OF COLUMBIA CIRCUIT

333 Constitution Avenue, NW
Washington, DC 20001-2866
Phone: 202-216-7000 | Facsimile: 202-219-8530

**Case Caption:** Warren Petersen, et al.

v.

U.S. Envtl. Prot. Agency, et al.

**Case No:** 24-1132 c/w 24-1087

## ENTRY OF APPEARANCE

The Clerk shall enter my appearance as ◉ Retained ○ Pro Bono ○ Appointed (CJA/FPD) ○ Gov't counsel

for the ◉ Appellant(s)/Petitioner(s) ○ Appellee(s)/Respondent(s) ○ Intervenor(s) ○ Amicus Curiae below:

### Party Information

(List each represented party individually - Use an additional blank sheet as necessary)

Warren Petersen, President of the Arizona State Senate;

Steve Montenegro, Speaker of the Arizona House of Representatives;

Arizona Trucking Association

### Counsel Information

Lead Counsel: Daniel Christian Carter

Direct Phone: (314) 949-3018 Fax: (___) ______ Email: daniel.carter@james-otis.com

2nd Counsel:

Direct Phone: (___) ______ Fax: (___) ______ Email:

3rd Counsel:

Direct Phone: (___) ______ Fax: (___) ______ Email:

Firm Name: James Otis Law Group, LLC

Firm Address: 530 Maryville Centre Drive, Suite 230, St. Louis, MO 63141

Firm Phone: (___) ______ Fax: (___) ______ Email:

Notes: This form must be submitted by a member of the Bar of the U.S. Court of Appeals for the D.C. Circuit. **Names of non-member attorneys listed above will not be entered on the court's docket.** Applications for admission are available on the court's web site at http://www.cadc.uscourts.gov/.