**No. 24-1132 c/w 24-1087 (and other consolidated cases)**

---

**IN THE UNITED STATES COURT OF APPEALS**
**FOR THE DISTRICT OF COLUMBIA CIRCUIT**

---

WARREN PETERSEN, President of the Arizona State Senate,

STEVE MONTENEGRO, Speaker of the Arizona House of Representatives, and

ARIZONA TRUCKING ASSOCIATION,

*Petitioners*,

v.

U.S. ENVIRONMENTAL PROTECTION AGENCY, and

MICHAEL S. REGAN, in his official capacity as Administrator of the U.S. Environmental Protection Agency,

*Respondents*.

---

# PETITIONERS' UNOPPOSED MOTION FOR VOLUNTARY DISMISSAL

---

Under Federal Rule of Appellate Procedure 42(b)(2), Petitioners Warren Petersen, Steve Montenegro, and the Arizona Trucking Association move to dismiss the petition for review in No. 24-1132. The consolidated cases are unaffected.

Respondents do not oppose this motion. Each party will bear its own costs.

Dated: November 19, 2026

Respectfully submitted,

JAMES OTIS LAW GROUP, LLC

*<u>/s/ Daniel C. Carter</u>*
Daniel C. Carter
530 Maryville Centre Drive, Suite 230
St. Louis, Missouri 63141
(314) 949-3018
daniel.carter@james-otis.com

*Attorneys for Petitioners*

## CERTIFICATE OF COMPLIANCE

This motion contains 45 words, excluding the parts exempted by Federal Rule of Appellate Procedure 32(f), and complies with Federal Rules of Appellate Procedure 27(d) and 32(a)(5)-(6) because it was prepared in 14-point Times New Roman.

*<u>/s/ Daniel C. Carter</u>*

## CERTIFICATE OF SERVICE

I hereby certify that, on November 19, 2026, I filed this motion through the Court's CM/ECF system, which will serve all registered counsel.

*<u>/s/ Daniel C. Carter</u>*